JACKSON, *ex dem.* The Trustees of the Union Academy of Stone Arabia, &c. *against* PLUMBE.

Where a corporation sues, either on a contract, or to recover real property, they must, at the trial, show that they are a corporation, or be nonsuited.

THIS was an action of ejectment, tried at the *Montgomery* circuit, in *September* last, before Mr. Justice *Yates.*

After the confession of lease, entry and ouster by the defendant, the plaintiff proved a deed of the land to the lessors in fee; and that the defendant was, at the commencement of the suit, and still is, in possession. The counsel for the defendant moved for a nonsuit, on the ground that the plaintiff had not produced the patent or charter creating the lessors a body corporate; and for want of this evidence the judge nonsuited the plaintiff.

A motion was made to set aside the nonsuit, which was submitted to the court, without argument.

*Per Curiam.* The rule seems to be that when a corporation sues, either on a contract, or to recover real property, they must, at the trial, under the general issue, prove that they are a corporation. (*Hob.* 21. 2 Ld. *Raym.* 1535. 1 *Kyd on Corporations*, 292, 293. *Peters* v. *Mills, Bull. N. P.* 107.) The nonsuit in this case was, therefore, properly directed.

Motion denied.